UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JENNY HWANG, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

THE SKIN SPA - MIDTOWN, LLC,

                Defendant.
---------------------------------------------------------------X

JUDGMENT

23-cv-01933-DLI-CLP

       An Order of the Honorable Dora Lizette Irizarry, United States District Judge, having been filed on November 21, 2023, dismissing this case for failure to prosecute and comply with Court Orders; it is

       ORDERED and ADJUDGED that this case is dismissed for failure to prosecute and comply with Court Orders.

Dated: Brooklyn, New York
       November 28, 2023

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk